**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shoua X.,                                                        No. 26-cv-1656 (KMM/LIB)

      Petitioner,

v.                                                                         **ORDER**

Warden, Freeborn Adult Detention Center;
Field Office Director, St. Paul Field Office
ICE-ERO; and U.S. Attorney General,

      Respondents.

---

This matter is before the Court on Petitioner Shoua X.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 8.) seeking to enjoin Respondents from removing Petitioner, who alleges he is a United States citizen, from the country.

Having carefully considered the Motion and all relevant submissions, including the Petition, and the applicable law, 8 U.S.C. § 1341(a), the Court finds that there is significant merit in Shoua X.'s claim of citizenship based on the initial showing. And the Court agrees that the unlawful removal of an American citizen would constitute significant, irreparable harm. However, the Court also has concerns about whether it has jurisdiction to adjudicate the merits of this dispute.

Accordingly, the Court **ORDERS** as follows:

1. Petitioner's Motion for a Temporary Restraining Order is **GRANTED** in part.

2. Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them, are temporarily **ENJOINED** and **RESTRAINED** from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction

1

over the petition. If Petitioner has already been removed from Minnesota, respondents are **ORDERED** to immediately return Petitioner to Minnesota.

3. No security bond is required under Federal Rule of Civil Procedure 65(c).

4. United States Magistrate Judge Leo I. Brisbois has ordered Respondents to respond to Shoua X.'s Petition by March 5, 2026. The Court adds an additional day to that deadline to permit Respondents to address the issues raised in Petitioner's Motion for a Temporary Restraining Order. Accordingly, Respondents shall file a response to Petitioner's habeas petition and Motion for a Temporary Restraining Order **on or before March 6, 2026**. If additional time is needed, Respondents may request an extension.

**IT IS SO ORDERED.**

Date: March 5, 2026                                 *s/Katherine M. Menendez*
                                                                       Katherine M. Menendez
                                                                       United States District Judge