# UNITED STATES DISTRICT COURT

## District of Minnesota

Shoua Xiong,

Petitioner,

v.

Warden, Freeborn Adult Detention Center, Field Office Director, St. Paul Field Office ICE-ERO, U.S. Attorney General,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1656 (KMM/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (Dkt. 23) is **ACCEPTED** as modified herein;

2. Petitioner Shoua X.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED IN PART**;

3. **Within 48 hours of the entry of this Order**, Respondents must release Petitioner with all of his personal property and file a notice on the docket confirming that Petitioner has been timely released; and

4. The Court's Temporary Restraining Order (Dkt. 9) is **DISSOLVED**.

Date: 8/6/2026

KATE M. FOGARTY, CLERK